IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICKY LAMB,<br><br>                    Defendant. | 8:22CR16<br><br>ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>*AMENDED* |

As requested in the government's motion (Filing No. 34), which is hereby granted,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested.

DATED this  17  day of November, 2023.

BY THE COURT:

_Susan M Bazis_
SUSAN M. BAZIS
UNITED STATES MAGISTRATE JUDGE