IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America,

Plaintiff,

vs.

Ricky Ellis Lamb,

Defendant.

CASE NO. 8:22cr16

SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____  3/1/24
Defendant                       Date

_____  3/1/24
Attorney for Defendant           Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this __1__ day of __March__, 20__24__.

BY THE COURT:

Susan M Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT